IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK WEARRY,**<br>   Plaintiff,<br><br>   v.<br><br>**CONNER BLAINE, et al.,**<br>   Defendants. | **CIVIL ACTION NO. 02-2913** |

**O R D E R**

    **AND NOW**, this 11th day of June, 2003, upon consideration of the Petitioner's Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendation, it is hereby **ORDERED** that the Motion is **GRANTED**. The Petitioner has until **August 19, 2003** to file his objections to the Report and Recommendation.

                                                  BY THE COURT:

                                                  _____
                                                  **MARVIN KATZ, S.J.**