IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Derrick Wearry

                                                 02-CV-2913
                                                 District Court Docket Number

        vs.

Conner Blaine, et al

Notice of Appeal Filed 9/22/03
Court Reporter(s)/ESR Operator(s)

Filing Fee:
        Notice of Appeal __Paid  _X_ Not Paid   __Seaman
        Docket Fee         __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending



                                    Defendant's Address (for criminal appeals)

_____
_____
_____

                                      Prepared by :_____
                                               Fernando Benitez, Jr.
                                             Deputy Clerk Signature/Date


        PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
        THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS


notapp.frm