IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK WEARRY,**<br>    Plaintiff,<br><br>    v.<br><br>**CONNER BLAINE, et al.,**<br>    Defendants. | **CIVIL ACTION NO. 02-2913** |

**O R D E R**

**AND NOW**, this 24th day of September, 2003, upon consideration of Motion For Leave to Proceed in Forma Pauperis, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**